**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00157-CV

**CBIF LIMITED PARTNERSHIP, COLUMBIA AIRPORT, LLC, AND STEVE FLORY,**
**Appellants**

**V.**

**TGI FRIDAY'S INC., LBD CORPORATION, TGIF/DFW PARTNER, LLC, TGIF/DFW MANAGER, LLC, TGIF/DFW TERMINAL A RESTAURANT, DOMAIN ENTERPRISES, INC., TGIF/DFW RESTAURANT JOINT VENTURE, LOUIS STURNS, NORMA ROBY, ERMA JOHNSON HADLEY, RSH CONCESSIONS, LLC, ET AL.,**
**Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04730**

## ORDER

We **GRANT** appellants' September 29, 2015 unopposed joint motion for additional extension of time to file briefs and **ORDER** the briefs be filed no later than November 9, 2015.

Appellants are cautioned that no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
JUSTICE